IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| PETER THOMPSON,<br><br>          Plaintiff,<br><br>v.<br><br>CITY OF BOZEMAN, a Montana Municipal Corporation, et al.,<br><br>          Defendants. | CV 18–75–BU–BMM–KLD<br><br>**ORDER** |

      Plaintiff Peter Thompson has raised two objections to orders filed by United States Magistrate Judge Kathleen De Soto. Thompson filed an Objection (Doc. 98) to Judge De Soto's Order granting him an extension of time to file a response to a motion to dismiss. (Doc. 96). Thompson also filed an Objection (Doc. 109) to Judge De Soto's Order denying his Motion for Reconsideration. (Doc. 108).

      Plaintiff's Objections are brought pursuant to Federal Rule of Civil Procedure 72, which specifies that an objection to a nondispositive matter resolved by a United States Magistrate Judge must be considered by the Court, with the Magistrate Judge's Order to be set aside if clearly erroneous or contrary to law.

      Judge De Soto's Order granting Plaintiff an extension of time is within her discretion and not clearly erroneous or contrary to law. Judge De Soto has

repeatedly granted Thompson's requests for extensions of time, cautioned against continuing that practice, and even granted Thompson additional time to file his response in her Order denying Thompson's Motion for Reconsideration.  Judge De Soto's Order denying Thompson's Motion for Reconsideration is not clearly erroneous or contrary to law.

**IT IS ORDERED** that Plaintiff's Objections (Doc. 98 & 109) are **DENIED**.

DATED this 24th day of September, 2019.

Brian Morris
United States District Court Judge